**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | D.J. Simmons, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 85-0407729 |

4. **Debtor's address**

**Principal place of business**

**1009 Ridgeway Pl**
**Farmington, NM 87401-2092**
Number, Street, City, State & ZIP Code

**San Juan**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.djsimmons.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor   **D.J. Simmons, Inc.**                                            Case number (*if known*) _____
        Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   _____

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| Debtor | **See Attachment** | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **D.J. Simmons, Inc.**
Name

Case number (*if known*)

---

**11. Why is the case filed in** *this district?*

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **D.J. Simmons, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 1, 2016**
MM / DD / YYYY

X **/s/ John A. Byrom**          **John A. Byrom**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Ethan Birnberg**       Date **March 1, 2016**
Signature of attorney for debtor            MM / DD / YYYY

**Ethan Birnberg**
Printed name

**Lindquist & Vennum LLP - Denver**
Firm name

**600 17th St Ste 1800**
**Denver, CO 80202-5402**
Number, Street, City, State & ZIP Code

Contact phone    **(303) 454-0534**      Email address    **ebirnberg@lindquist.com**

**Colorado Bar No. 43343**
Bar number and State

Debtor   **D.J. Simmons, Inc.**
Name                                          Case number (*if known*)

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | **D.J. Simmons Company, LP** | | Relationship to you | **Shared Ownership** |
| District | **Denver, Colorado** | When **3/1/16** | Case number, if known | **Unknown** |
| Debtor | **Kimbeto Resources, LLC** | | Relationship to you | **Shared Ownership** |
| District | **Denver, Colorado** | When **3/1/16** | Case number, if known | **Unknown** |

**Fill in this information to identify the case:**

Debtor name    **D.J. Simmons, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  1, 2016**    X **/s/ John A. Byrom**
                                       Signature of individual signing on behalf of debtor

                                         **John A. Byrom**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name **D.J. Simmons, Inc.** |
| United States Bankruptcy Court for the: **DISTRICT OF COLORADO, DENVER DIVISION** |
| Case number (if known): |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of Oklahoma** **1 One Williams Ctr** **Tulsa, OK** **74172-0140** | | | | **$9,156,050.00** | **$6,200,000.00** | **$2,956,050.00** |
| **Four Corners Community Bank** **500 W Main St** **Farmington, NM** **87401-8444** | | **Guarantor** | **Contingent** | | | **$893,928.00** |
| **QEP Energy** **1050 17th St Ste 800** **Denver, CO** **80265-2008** | | | | | | **$566,979.49** |
| **John Byrom** **1009 Ridgeway Pl** **Farmington, NM** **87401-2092** | | | | | | **$87,383.00** |
| **Walter Parks** **401 Jenkins Ranch Rd** **Durango, CO** **81301-6547** | | | | | | **$70,207.50** |
| **Nancy Walden** **5909 Foothills Dr** **Farmington, NM** **87402-4931** | | | **Contingent** | | | **$30,000.00** |
| **Jeff Parkes** **610 N Wall Ave** **Farmington, NM** **87401-6008** | | | | | | **$29,081.00** |
| **Group Health insurance** | | | **Unliquidated** | | | **$12,436.99** |
| **New Mexico Oil and Gas Severance Tax** | | | **Unliquidated** | | | **$11,988.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **D.J. Simmons, Inc.** _____  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Enterprise Fleet Management 7201 S Fulton St Centennial, CO 80112-3725** | | | | | | **$11,235.00** |
| **Rodney Seale 4908 Pinecroft Farmington, NM 87402-5217** | | | | | | **$10,101.00** |
| **Colorado Oil & Gas Severance Tax 1120 N Lincoln St Ste 801 Denver, CO 80203-2137** | | | Unliquidated | | | **$8,596.00** |
| **Nancy Walden 5909 Foothills Dr Farmington, NM 87402-4931** | | | | | | **$4,778.00** |
| **New Mexico State Payroll Tax** | | | Unliquidated | | | **$2,509.00** |
| **401K withholding Payable** | | | Unliquidated | | | **$1,959.00** |
| **New Mexico Out of State Owner Tax** | | | Unliquidated | | | **$1,943.00** |
| **Utah Mineral and Oil Conservation Tax** | | | Unliquidated | | | **$1,533.00** |
| **Maria Hathcock 320 Misty Dr Aztec, NM 87410-1593** | | | | | | **$578.00** |
| **Colorado State Payroll Tax** | | | Unliquidated | | | **$578.00** |
| **New Mexico State Unemployment Tax** | | | Unliquidated | | | **$366.67** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Fill in this information to identify the case: |
| --- |

Debtor name   **D.J. Simmons, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................. $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $      **2,189,526.03**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $      **2,189,526.03**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **9,156,050.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **27,611.44**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      **1,718,666.98**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b        $      **10,902,328.42**

**Fill in this information to identify the case:**

Debtor name **D.J. Simmons, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO, DENVER DIVISION**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Wells Fargo Operating Account** | | **$724,076.98** |
| 3.2. | **Wells Fargo Savings Account** | | **$42,897.00** |
| 3.3. | **RJ O'Brien Brokerage Account** | | **$34,395.22** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    **$801,369.20**

**Part 2:          Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Cash Bonds/Restricted Deposits** | **$133,217.00** |
|---|---|---|
| 7.2 | Prepaid Federal Royalties | $44,117.00 |

Debtor    **D.J. Simmons, Inc.**
          Name

Case number (If known) _____

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     8.1.   **Prepaid Insurance** _____    **$0.00**

     8.2.   **Prepaid Production Taxes** _____    **$39,537.41**

9.   **Total of Part 2.**                                              **$216,871.41**
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:    **213,151.00**  -   **50,000.00**  = ....    **$163,151.00**
                                   face amount          doubtful or uncollectible accounts

      11b. Over 90 days old:    **2,662,704.37**  -   **2,662,704.37**  = ....    **$0.00**
                                face amount           doubtful or uncollectible accounts

12.   **Total of Part 3.**                                              **$163,151.00**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| Investment in Twin Stars, Ltd. | $66,700.00 |
| Investment in D.J. Simmons Company Limited Partnership | $261,969.00 |
| Investment in Kimbeto Resources, LLC | $2,614.00 |

| Part 5: | Inventory, excluding agriculture assets |    **$331, 283.00**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials Tubular and Miscellaneous inventory - See attachment for itemized list** | | **$269,102.00** | | **$269,102.00** |

---

Debtor  **D.J. Simmons, Inc.**                                    Case number *(If known)* _____
        <u>Name</u>

| | | |
|---|---|---|
| 20. | **Work in progress** | |
| 21. | **Finished goods, including goods held for resale** | |
| 22. | **Other inventory or supplies** | |
| 23. | **Total of Part 5.** | $269,102.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Office Furniture - See inventory list attached** | $110,508.14 | | $110,508.14 |
| **Computer Equipment - See inventory list attached** | $35,735.06 | | $35,735.06 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Misc. Equipment used for business - see inventory list attached** | $39,897.04 | | $39,897.04 |
| **Office Software Programs - See inventory list attached** | $1,969.68 | | $1,969.68 |
| **Used Wellhead - not operating** | Unknown | | unknown |

| Debtor | **D.J. Simmons, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $188,109.92 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2005 Ford Explorer** | $5,250.00 | **NADA Guides** | $5,250.00 |
| 47.2.  **Kubota RTV900 Snow Machine** | $10,500.00 | **EBay** | $10,500.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Alkali Gulch Pipeline and Equipment** | $25,462.19 | | $25,462.19 |
| **Papoose Canyon Pipeline** | $136,666.67 | | $136,666.67 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $177,878.86 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **D.J. Simmons, Inc.**                                          Case number *(If known)* _____
_____
Name

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  Notes receivable
Description (include name of obligor)
**Note Receivable from Stephen Negri - 1/11/2013**

| 35,878.00 | - | 0.00 | = | $35,878.00 |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $35,878.00 |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **D.J. Simmons, Inc.**                                    Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $801,369.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $216,871.41 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $163,151.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $331,283.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $269,102.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $188,109.92 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $177,878.86 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $35,878.64 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,183,644.03 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,183,644.03 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __**D.J. Simmons, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO, DENVER DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Bank of Oklahoma**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$9,156,050.00** | **$6,200,000.00** |

**1 One Williams Ctr**
**Tulsa, OK 74172-0140**
Creditor's mailing address

Describe the lien
**See D.J. Simmons Company, LP Schedule D**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$9,156,050.00** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Donald Allen**<br>**1700 N Lincoln St Ste 4550**<br>**Denver, CO 80203-4509** | Line __2.1__ | |
| **James Askew**<br>**320 Gold Ave SW, Ste. 300A**<br>**Albuquerque, NM 87102-3202** | Line __2.1__ | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **D.J. Simmons, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,596.00** | **$8,596.00** |
|---|---|---|---|---|

**Colorado Oil & Gas Severance Tax**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**1120 N Lincoln St Ste 801
Denver, CO 80203-2137**

Date or dates debt was incurred                      Basis for the claim:

Last 4 digits of account number                      Is the claim subject to offset?
Specify Code subsection of PRIORITY                   ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)              ☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$578.00** | **$578.00** |
|---|---|---|---|---|

**Colorado State Payroll Tax**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred                      Basis for the claim:

Last 4 digits of account number                      Is the claim subject to offset?
Specify Code subsection of PRIORITY                   ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)              ☐ Yes

Debtor **D.J. Simmons, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.77 | $97.77 |

**Federal Unemployment Tax**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,988.00 | $11,988.00 |

**New Mexico Oil and Gas Severance Tax**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,943.00 | $1,943.00 |

**New Mexico Out of State Owner Tax**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,509.00 | $2,509.00 |

**New Mexico State Payroll Tax**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| Debtor | D.J. Simmons, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.67 | $366.67 |
|---|---|---|---|---|
| | **New Mexico State Unemployment Tax** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,533.00 | $1,533.00 |
|---|---|---|---|---|
| | **Utah Mineral and Oil Conservation Tax** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,959.00 |
|---|---|---|---|
| | **401K withholding Payable** | ☐ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **AADI** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 2602** | ☐ Disputed | |
| | **Farmington, NM 87499-2602** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Security system | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 650448** | ☐ Disputed | |
| | **Dallas, TX 75265-0448** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | D.J. Simmons, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address

**Breck Operating**

PO Box 911
Breckenridge, TX 76424-0911

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

**unknown**

---

**3.5** | Nonpriority creditor's name and mailing address

**Century Link**

PO Box 29040
Phoenix, AZ 85038-9040

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

**unknown**

---

**3.6** | Nonpriority creditor's name and mailing address

**City of Farmington**

PO Box 712569
Denver, CO 80271-2569

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset?  ☑ No  ☐ Yes

**unknown**

---

**3.7** | Nonpriority creditor's name and mailing address

**Coleman Oil and Gas**

PO Box 3337
Farmington, NM 87499-3337

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

**unknown**

---

**3.8** | Nonpriority creditor's name and mailing address

**Conoco Phillips**

21873 Network Pl
Chicago, IL 60673-1218

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☑ Yes

**unknown**

---

**3.9** | Nonpriority creditor's name and mailing address

**Crownquest Operating**

PO Box 53310
Midland, TX 79710-3310

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

**unknown**

---

**3.10** | Nonpriority creditor's name and mailing address

**Dugan Production**

PO Box 420
Farmington, NM 87499-0420

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

**unknown**

---

Debtor   **D.J. Simmons, Inc.**
_____
Name

Case number (if known) _____

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **unknown** |
|------|---|---|---|

**Empire Electric**

**PO Box K**
**Cortez, CO 81321-0676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **unknown** |
|------|---|---|---|

**Enterprise Field Services**

**PO Box 974364**
**Dallas, TX 75397-4364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$11,235.00** |
|------|---|---|---|

**Enterprise Fleet Management**

**7201 S Fulton St**
**Centennial, CO 80112-3725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Truck Lease_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **unknown** |
|------|---|---|---|

**Federal Express**

**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _postage_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **unknown** |
|------|---|---|---|

**FICA**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **unknown** |
|------|---|---|---|

**FirstBancard**

**PO Box 2818**
**Omaha, NE 68103-2818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$893,928.00** |
|------|---|---|---|

**Four Corners Community Bank**

**500 W Main St**
**Farmington, NM 87401-8444**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **D.J. Simmons, Inc.**                                    Case number (if known) _____

Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,436.99 |
|------|------|------|------|

**Group Health insurance**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|------|------|------|------|

**Imagenet Consulting**

913 N Broadway Ave
Oklahoma City, OK 73102-5810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Copier__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,081.00 |
|------|------|------|------|

**Jeff Parkes**

610 N Wall Ave
Farmington, NM 87401-6008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Deferred Compensation Plan__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,383.00 |
|------|------|------|------|

**John Byrom**

1009 Ridgeway Pl
Farmington, NM 87401-2092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Deferred Compensation Plan__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.00 |
|------|------|------|------|

**Maria Hathcock**

320 Misty Dr
Aztec, NM 87410-1593

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Deferred Compensation Plan__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|------|------|------|------|

**Nancy Walden**

5909 Foothills Dr
Farmington, NM 87402-4931

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential severance payment due July 2016__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,778.00 |
|------|------|------|------|

**Nancy Walden**

5909 Foothills Dr
Farmington, NM 87402-4931

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Deferred Compensation Plan__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | D.J. Simmons, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**New Mexico 811**

1021 Eubank Blvd NE
Albuquerque, NM 87112-5309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**New Mexico Gas Company**

PO Box 173341
Denver, CO 80217-3341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gas utility__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566,979.49 |
|---|---|---|---|

**QEP Energy**

1050 17th St Ste 800
Denver, CO 80265-2008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Overpayment of gas sales__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**RKI**

210 Park Ave Ste 900
Oklahoma City, OK 73102-5643

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,101.00 |
|---|---|---|---|

**Rodney Seale**

4908 Pinecroft
Farmington, NM 87402-5217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Deferred Compensation Plan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Southwest Connection Call Center**

12 Merrimack St
Concord, NH 03301-3818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Emergency answering service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Synergy**

PO Box 5513
Farmington, NM 87499-5513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | D.J. Simmons, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address

**Thompson**

7415 E Main St
Farmington, NM 87402-5358

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

---

**3.33** | Nonpriority creditor's name and mailing address

**Walsh Engineering**

7415 E Main St
Farmington, NM 87402-5358

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

---

**3.34** | Nonpriority creditor's name and mailing address

**Walter Parks**

401 Jenkins Ranch Rd
Durango, CO 81301-6547

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

**$70,207.50**

---

**3.35** | Nonpriority creditor's name and mailing address

**Wright Express**

PO Box 6293
Carol Stream, IL 60197-6293

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

---

**3.36** | Nonpriority creditor's name and mailing address

**XTO**

PO Box 730587
Dallas, TX 75373-0587

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 27,611.44 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,718,666.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,746,278.42 |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **D.J. Simmons, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official
      Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Leasehold interest regarding oil and gas royalty interest** | |
| State the term remaining    **See Attached** | **Royalty Payments - not property of the estate** |
| List the contract number of any government contract    _____ | _____ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name      **D.J. Simmons, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **D.J. Simmons Company, LP** | **1009 Ridgeway Pl Farmington, NM 87401-2092** | **Bank of Oklahoma** | ■ D  **2.1**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | **D.J. Simmons Company, LP** | **1009 Ridgeway Pl Farmington, NM 87401-2092** | **Four Corners Community Bank** | ☐ D  _____<br>■ E/F  **3.17**<br>☐ G  _____ |
| 2.3 | **Kimbeto Resources, LLC** | **1009 Ridgeway Pl Farmington, NM 87401-2092** | **Bank of Oklahoma** | ■ D  **2.1**<br>☐ E/F  _____<br>☐ G  _____ |

**Fill in this information to identify the case:**

Debtor name **D.J. Simmons, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | **unknown** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$2,873,979.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$3,091,069.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | **None** | **$0.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | **Income from subsidiary** | **$1,151.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | **Income from Subsidiary** | **$-22,787.00** |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

Debtor   **D.J. Simmons, Inc.**                                    Case number *(if known)*

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | *Check all that apply* |
| 3.1.   **SEE ATTACHED** | | **$1,281,208.27** | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3.
   *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **SEE ATTACHED** | | **$2,645,828.90** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Bank of Oklahoma**<br>**1 One Williams Ctr**<br>**Tulsa, OK 74172-0140** | **Natural gas hedges** | **12/18/2015** | **$103,950.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.   SEE ATTACHED

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | D.J. Simmons, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **San Juan College**<br>**4601 College Blvd**<br>**Farmington, NM 87402-4609** | **School of Energy Donation** | **3/15/14** | **$10,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **La Plata County Energy**<br>**PO Box 3833**<br>**Durango, CO 81302-3833** | **2014 Golf Tournament** | **6/18/14** | **$1,550.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **San Juan United Way**<br>**903 W Apache St**<br>**Farmington, NM 87401-3802** | **Corporate donation for 2015** | **11/21/14** | **$1,500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **Four Corners Foundation**<br>**PO Box 5160**<br>**Farmington, NM 87499-5160** | **Donation to Homeless Shelter** | **2/19/15** | **$1,667.00** |
| | Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Simmons S1C oil spill** | **74,984.00** | **1/26/2015** | **$99,970.00** |
| **Federal 2-19 Well lightning strike** | **$0 - none anticipated** | **10/19/2015** | **$3,500.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **D.J. Simmons, Inc.**                                                   Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Lindquist & Vennum LLP - Denver**<br>600 17th St Ste 1800<br>Denver, CO 80202-5402 | $50,000 retainer for future services | 12/2015 | $50,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Winstead PC**<br>2728 N Harwood St<br>Dallas, TX 75201-1516 | | 10/21/15 | $5,315.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.3. **Winstead PC**<br>2728 N Harwood St<br>Dallas, TX 75201-1516 | | 11/2/15 | $9,357.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.4. **Winstead PC**<br>2728 N Harwood St<br>Dallas, TX 75201-1516 | | 12/21/15 | $20,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.5. **Winstead PC**<br>2728 N Harwood St<br>Dallas, TX 75201-1516 | | 12/21/15 | $10,713.50 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **D.J. Simmons, Inc.**                                Case number *(if known)*

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **SEE ATTACHED** | | | **$362,210.75** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Names of owners and vendors, addresses, and social security numbers.**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **D.J. Simmons, Inc.**                                    Case number *(if known)*

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

　　☐ No Go to Part 10.

　　☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Twin Stars Ltd. Profit Sharing Plan (formerly D.J. Simmons, Inc. Profit Sharing Plan)** | EIN:  **85-0407729** |

Has the plan been terminated?

☑ No

☐ Yes

---

**Part 10:**　**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Jumbo Mini Storage 908 N Tucker Ave Farmington, NM 87401-7539** | **All D.J. Simmons, Inc. Staff 1009 Ridgeway Pl, Farmington, NM, 87401-2092** | **Accounting archives, production reporting archives, well and lease files, rocks, personal items** | ☐ No ☑ Yes |
| **Tom Woods Yard Dove Creek, Colorado** | **All D.J. Simmons, Inc. Employees 1009 Ridgeway Pl, Farmington, NM, 87401-2092** | **a few pieces of small oilfield equipment, insignificant value** | ☐ No ☑ Yes |
| **Twin Stars Yard 100 Iowa Bloomfield, NM 87413-5390** | **All D.J Simmons, Inc. and Twin Stars Emp** | **Production Equipment** | ☐ No ☑ Yes |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **D.J. Simmons, Inc.**                                           Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Doyle Post Yard**<br>**Cuba NM** | **Unknown** | **unknown - possibly some small quantifies of used tubulars** | ☐ No<br>■ Yes |
| **Cave Enterprises**<br>**7101 Old Aztec Hwy**<br>**Farmington, NM 87402-1204** | **All D.J. Simmons, Inc. Employees and Cav** | **Tubulars** | ☐ No<br>■ Yes |
| **Bugg C Battery**<br>**C.R. 349**<br>**San Juan County**<br>**Bug Field,** | **Synergy Operating Staff** | **3 used pumpjacks** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Royalty and Working Interest Payments** | **SEE ATTACHED - documentation of royalty** | | **$86,000.00** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☐ No.
   ■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **IN THE MATTER OF ALLEGED VIOLATIONS OF THE RULES AND REGULATIONS OF THE COLORADO OIL AND GAS CONSERVATION COMMISSION BY D.J. SIMMONS, INC. DELORES COUNTY COLORADO 151000347** | **Colorado Oil and Gas Conservation Commis 1120 N Lincoln St Ste 801 Denver, CO 80203-2137** | **Failure to timely verify casing integrity. Well was plugged with no environmental impact. By consent, Simmons found in violation of rule 326; paid $6,000 penalty.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☐ No.
   ■ Yes. Provide details below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **D.J. Simmons, Inc.** _____   Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Papoose Canyon #2-20 Well Sec 20 910' FSL, 990' FWL T39N, R19W, C** | **Colorado Oil and Gas Conservation Commis 1120 N Lincoln St Ste 801 Denver, CO 80203-2137** | **COGCC Rules 316B; 319.b.(1); 319.b.(3); 326.c.; 326.b.** | 2/9/2016 |
| **Compressor #1 Site 30 SW T39N R19W, CO** | **Colorado Oil and Gas Conservation Commis 1120 N Lincoln St Ste 801 Denver, CO 80203-2137** | **COGCC Rules 312.i; 711** | 9/23/14 |
| **Federal #33-8 Well 8 1220' FSL 1325' FEL T39N R19W, CO** | **Colorado Oil and Gas Conservation Commis 1120 N Lincoln St Ste 801 Denver, CO 80203-2137** | **COGCC Rule 326** | 3/30/2015 |
| **Jicarilla H Lease 5 6 7 8 T24N R4W, NM** | **Jicarilla Apache nation and Gas Administ PO Box 146 Dulce, NM 87528-0146** | **Oil and Gas, Jicarilla Apache Code Title 18** | 10/14/14 |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Simmons S 1C Well Sec. 25 1050' FSL 1080' FEL T29N R9W, NM NM** | **New Mexico Oil Conservation Division 1220 S Saint Francis Dr Santa Fe, NM 87505-4225** | **Section 116 of 19.15.3 NMAC. Release Notification and Corrective Action** | 1/26/15 |
| **Bradford Canyon Fed 1-22 Well Section 22, 590' FNL, 1000' FEL T37S, R UT** | **UT Division of Oil, Gas and Mining 1594 W North Temple Ste 1210 Salt Lake City, UT 84116-3154** | **Utah Oil and Gas Rules: R649-3-32 Reporting of Undesireable Events** | 12/27/2007 |
| **Chevillar 32-32 Sec 32 1832' FNL, 900" FEL T34N, R12W, CO** | **Colorado Oil and Gas Conservation Commis 1120 N Lincoln St Ste 801 Denver, CO 80203-2137** | **COGCC Rule 906.b.** | 1/30/2008 |
| **Jicarilla H #104 Well Sec 8 985' FNL, 900' FEL T24N, R4W NM** | **New Mexico Oil Conservation Divison 1220 S Saint Francis Dr Santa Fe, NM 87505-4225** | **Section 116 of 19.15.3 NMAC. Release Notification and Corrective Action** | 2/26/2009 |
| **Jicarilla H #114 Well Sec 7 500' FNL, 1650' FWL T24n, R4W, Ne NM** | **New Mexico Oil Conservation Division 1220 S Saint Francis Dr Santa Fe, NM 87505-4225** | **Section 116 of 19.15.3 NMAC. Release Notification and Corrective Action.** | 6/12/2008 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    D.J. Simmons, Inc.                                         Case number (if known)

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Jicarilla CDP Site**<br>**Sec 5, 750' FNL, 990' FEL**<br>**T24N, R4W, Ne**<br>**NM** | **New Mexico Oil Conservation Division**<br>**1220 S Saint Francis Dr**<br>**Santa Fe, NM 87505-4225** | **Section 116 of 19.15.3 NMAC. Release Notification and Corrective Action.** | **3/1/11** |
| **LV Hamner B1A**<br>**29 1750' FSL 1690 FEL T29N**<br>**R9W, NM** | **New Mexico Oil Conservation Division**<br>**1220 S Saint Francis Dr**<br>**Santa Fe, NM 87505-4225** | **Section 116 of 19.15.3 NMAC. Release Notification and Corrective Action** | **8/12/1994** |
| **Various well sites** | **New Mexico Oil Conservation Division**<br>**1220 S Saint Francis Dr**<br>**Santa Fe, NM 87505-4225** | | **Historical** |
| **Various** | **Colorado Oil and Gas Conservation Commis**<br>**1120 N Lincoln St Ste 801**<br>**Denver, CO 80203-2137** | | **Historical** |
| **Various** | **Utah Division of Oil, Gas, and Mining**<br>**1594 W North Temple Ste 1210**<br>**Salt Lake City, UT 84116-3154** | | **Historical** |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | | |
|---|---|---|---|---|
| 25.1.  **D.J. Simmons Company, Limited Partnershi**<br>**1009 Ridgeway Pl**<br>**Farmington, NM 87401-2092** | **Investments in oil and natural gas assets** | **EIN:** | **85-0413146** | |
| | | **From-To** | 1994 - Present | |
| 25.2.  **Kimbeto Resources, LLC**<br>**1009 Ridgeway Pl**<br>**Farmington, NM 87401-2092** | **Investment in oil and natural gas assets** | **EIN:** | **85-0473314** | |
| | | **From-To** | 2000 - Present | |
| 25.3.  **Twin Stars, Ltd.**<br>**1009 Ridgeway Pl**<br>**Farmington, NM 87401-2092** | **Equipment maintenance and leasing for natural gas compression** | **EIN:** | **85-0406615** | |
| | | **From-To** | 1992 - Present | |
| 25.4.  **Energy Xtraction, LLC**<br>**5 Calle Cobre**<br>**Placitas, NM 87043-9306** | **Development of experimental down-hole pump** | **EIN:** | **Unknown** | |
| | | **From-To** | **2002 - 2/2014** | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **D.J. Simmons, Inc.**                                Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.5.<br><br>**San Juan Bio Energy LLC**<br>**Dove Creek, Colorado** | **Sunflower oil plant** | **EIN:**    20-8549328<br><br>**From-To**   **2007 - 2011** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Jeff Parkes**<br>**610 N Wall Ave**<br>**Farmington, NM 87401-6008** | **1998 to Present** |
| 26a.2.    **Nancy Walden**<br>**5909 Foothills Dr**<br>**Farmington, NM 87402-4931** | **1998 - Present** |
| 26a.3.    **Sherry Stone**<br>**2340 E 17th St**<br>**Farmington, NM 87401-7529** | **2004 - Present** |
| 26a.4.    **Maria Hathcock**<br>**320 Misty Dr**<br>**Aztec, NM 87410-1593** | **2008 - 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **L.S. Jones, PC, CPA**<br>**PO Box 100938**<br>**Fort Worth, TX 76185-0938** | **1995 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable,<br>explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Bank of Oklahoma**<br>**1 One Williams Ctr**<br>**Tulsa, OK 74172-0140** |
| 26d.2.    **Four Corners Community Bank**<br>**500 W Main St**<br>**Farmington, NM 87401-8444** |

Debtor   **D.J. Simmons, Inc.**                                           Case number *(if known)*

| Name and address |
|---|
| 26d.3. **Vectra Bank of Colorado**<br>**2394 Patterson Rd**<br>**Grand Junction, CO 81505-1218** |
| 26d.4. **Wells Fargo Bank, NM**<br>**100 E Broadway**<br>**Farmington, NM 87401-6416** |
| 26d.5. **FirstBankCorp**<br>**Unknown** |
| 26d.6. **Petrocapital**<br>**3838 Oak Lawn Ave Ste 1775**<br>**Dallas, TX 75219-4537** |
| 26d.7. **Casimir Capital**<br>**15 Valley Dr**<br>**Greenwich, CT 06831-5205** |
| 26d.8. **Arosa Capital Management**<br>**120 W 45th St**<br>**New York, NY 10036-4041** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **A.B. Geren** | **100 Iowa**<br>**Bloomfield, NM 87413-5390** | **Board of Directors/Shareholder** | **32.7722** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edward Ford, Jr.** | **483 Pine Ct**<br>**Mobile, AL 36608-6114** | **Board of Directors/Shareholder** | **12.1853** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mary Lynn Dowsey** | **17845 Brickwood Rd**<br>**Fairhope, AL 36532-6526** | **Board of Directors/Shareholder** | **12.1853** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matt Negri** | **1922 Lasalle St**<br>**Saint Louis, MO 63104-2936** | **Board of Directors/Shareholder** | **9.1377** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen Negri** | **7333 46th Ave NE**<br>**Seattle, WA 98115-6115** | **Board of Directors/Shareholder** | **9.1377** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **D.J. Simmons, Inc.**                                    Case number (if known)

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jim Geren | 100 Iowa<br>Bloomfield, NM 87413-5390 | Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Byrom | 1009 Ridgeway Pl<br>Farmington, NM 87401-2092 | Director of the Board | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Negri | 2401 Wayhaven Dr<br>West Plains, MO 65775-1530 | Shareholder | 9.1377 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Estate of Julie negri | 1922 Lasalle St<br>Saint Louis, MO 63104-2936 | Shareholder | 3.2587 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anne Ford Heard | 1634 2nd St<br>New Orleans, LA 70130-5924 | Shareholder | 12.1853 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Parkes | 610 N Wall Ave<br>Farmington, NM 87401-6008 | VP, Secretary, and Treasurer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SEE QUESTION #4 AND ATTACHMENT** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **D.J. Simmons, Inc.**                                          Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  1, 2016**

**/s/ John A. Byrom**                                    **John A. Byrom**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Colorado, Denver Division

In re  **D.J. Simmons, Inc.**                                          Case No.
                                       Debtor(s)        Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                    $        **20,000.00**

    Prior to the filing of this statement I have received          $        **20,000.00**

    Balance Due                                                    $            **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **A $50,000.00 combined retainer was received from D.J. Simmons, Inc., for representation of D.J. Simmons Company, LP, D.J. Simmons, Inc., and Kimbeto Resources, Inc.. counsel has allocated the retainer $20,000/$20,000/$10,000 based on time spent on these cases thus far.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Future services during the Chapter 11 proceeding that exceed the remaining retainer balance including representation in adversary proceedings, contested matters, or other legal services under counsel's employment application.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  1, 2016**
*Date*                                              **/s/ Ethan Birnberg**
                                                    **Ethan Birnberg**
                                                    *Signature of Attorney*
                                                    **Lindquist & Vennum LLP - Denver**

                                                    **600 17th St Ste 1800**
                                                    **Denver, CO 80202-5402**

                                                    **ebirnberg@lindquist.com**
                                                    *Name of law firm*

---

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

IN RE:                                                         Case No. _____

D.J. Simmons, Inc. _____     Chapter **11** _____
                        Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March  1, 2016** _____     Signature: **/s/ John A. Byrom** _____
                                               **John A. Byrom, President**                    Debtor


Date: _____     Signature: _____
                                                                              Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
AADI
PO Box 2602
Farmington, NM  87499-2602


American Express
PO Box 650448
Dallas, TX  75265-0448


Aqua Moss
PO Box 600
Farmington, NM  87499-0600


Baker Hughes
PO Box 301057
Dallas, TX  75303-1057


Bank of Oklahoma
1 One Williams Ctr
Tulsa, OK  74172-0140


Basin Disposal
PO Box 100
Aztec, NM  87410-0100


Breck Operating
PO Box 911
Breckenridge, TX  76424-0911
```

C&J Trucking
PO Box 1246
Farmington, NM  87499-1246


Century Link
PO Box 29040
Phoenix, AZ  85038-9040


City of Farmington
PO Box 712569
Denver, CO  80271-2569


Coleman Oil and Gas
PO Box 3337
Farmington, NM  87499-3337


Colorado Oil & Gas Severance Tax
1120 N Lincoln St Ste 801
Denver, CO  80203-2137


Conoco Phillips
21873 Network Pl
Chicago, IL  60673-1218


Crownquest Operating
PO Box 53310
Midland, TX  79710-3310

Cullum Pumping Service
18047 Road G
Cortez, CO  81321-9556


Donald Allen
1700 N Lincoln St Ste 4550
Denver, CO  80203-4509


Dugan Production
PO Box 420
Farmington, NM  87499-0420


Empire Electric
PO Box K
Cortez, CO  81321-0676


Enterprise Field Services
PO Box 974364
Dallas, TX  75397-4364


Enterprise Fleet Management
7201 S Fulton St
Centennial, CO  80112-3725


Federal Express
PO Box 94515
Palatine, IL  60094-4515

FirstBancard
PO Box 2818
Omaha, NE   68103-2818


Four Corners Community Bank
500 W Main St
Farmington, NM   87401-8444


H&M Precision Products
PO Box 1740
Farmington, NM   87499-1740


Imagenet Consulting
913 N Broadway Ave
Oklahoma City, OK   73102-5810


Jeff Parkes
610 N Wall Ave
Farmington, NM   87401-6008


John Byrom
1009 Ridgeway Pl
Farmington, NM   87401-2092


M&R Trucking
PO Box 600
Farmington, NM   87499-0600

Maria Hathcock
320 Misty Dr
Aztec, NM  87410-1593


Moss Excavation
16876 US 550
Aztec, NM  87410-2871


Nancy Walden
5909 Foothills Dr
Farmington, NM  87402-4931


New Mexico 811
1021 Eubank Blvd NE
Albuquerque, NM  87112-5309


New Mexico Gas Company
PO Box 173341
Denver, CO  80217-3341


Oil and Gas Equipment Company
PO Box 459
Flora Vista, NM  87415-0459


Precision Measurement
PO Box 512
Mills, WY  82644-0512

Processing Systems
PO Box 731413
Dallas, TX  75373-1413


QEP Energy
1050 17th St Ste 800
Denver, CO  80265-2008


Rig Equipment
PO Box 3128
Farmington, NM  87499-3128


RKI
210 Park Ave Ste 900
Oklahoma City, OK  73102-5643


RL Chart
PO Box 2442
Bloomfield, NM  87413-2442


Rodney Seale
4908 Pinecroft
Farmington, NM  87402-5217


Southern Ute Tribe
PO Box 737
Ignacio, CO  81137-0737

Southwest Connection Call Center
12 Merrimack St
Concord, NH   03301-3818


Synergy
PO Box 5513
Farmington, NM   87499-5513


Tegre Corp
1199 Main Ave Ste 101
Durango, CO   81301-5259


Thompson
7415 E Main St
Farmington, NM   87402-5358


Tool Pushers
PO Box 1714
Casper, WY   82602-1714


Twin Stars, Ltd.
100 Iowa
Bloomfield, NM   87413-5390


Walsh Engineering
7415 E Main St
Farmington, NM   87402-5358

```
Walter Parks
401 Jenkins Ranch Rd
Durango, CO  81301-6547


Wright Express
PO Box 6293
Carol Stream, IL  60197-6293


XTO
PO Box 730587
Dallas, TX  75373-0587
```