Fill in this information to identify the case:

Debtor name: **D.J. Simmons, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO, DENVER DIVISION**

Case number (if known): _____

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of Oklahoma** <br> 1 One Williams Ctr <br> Tulsa, OK <br> 74172-0140 | | | | $9,156,050.00 | $6,201,532.00 | $2,954,518.00 |
| **Four Corners Community Bank** <br> 500 W Main St <br> Farmington, NM <br> 87401-8444 | | Guarantor | Contingent | | | $893,928.00 |
| **QEP Energy** <br> 1050 17th St Ste 800 <br> Denver, CO <br> 80265-2008 | | | | | | $566,979.49 |
| **John Byrom** <br> 1009 Ridgeway Pl <br> Farmington, NM <br> 87401-2092 | | | | | | $87,383.00 |
| **Walter Parks** <br> 401 Jenkins Ranch Rd <br> Durango, CO <br> 81301-6547 | | | | | | $70,207.50 |
| **Nancy Walden** <br> 5909 Foothills Dr <br> Farmington, NM <br> 87402-4931 | | | Contingent | | | $30,000.00 |
| **Jeff Parkes** <br> 610 N Wall Ave <br> Farmington, NM <br> 87401-6008 | | | | | | $29,081.00 |
| | | | | | | |

Debtor **D.J. Simmons, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **New Mexico Oil and Gas Severance Tax** **New Mexico Taxation & Revenue Dpt** **PO Box 25127** **Santa Fe, NM 87504-5127** | | | **Unliquidated** | | | $11,988.00 |
| **Enterprise Fleet Management** **7201 S Fulton St** **Centennial, CO 80112-3725** | | | | | | $11,235.00 |
| **Rodney Seale** **4908 Pinecroft** **Farmington, NM 87402-5217** | | | | | | $10,101.00 |
| **Colorado Oil & Gas Severance Tax** **1120 N Lincoln St Ste 801** **Denver, CO 80203-2137** | | | **Unliquidated** | | | $8,596.00 |
| **Nancy Walden** **5909 Foothills Dr** **Farmington, NM 87402-4931** | | | | | | $4,778.00 |
| **Twin Stars, Ltd.** **100 Iowa** **Bloomfield, NM 87413-5390** | | | | | | $3,074.89 |
| **New Mexico State Payroll Tax** **New Mexico Tax & Revenue** **PO Box 2308** **Santa Fe, NM 87504-2308** | | | **Unliquidated** | | | $2,509.00 |
| **New Mexico Out of State Owner Tax** **NM Tax and Revenue Dept NMOGP** **PO Box 25123** **Santa Fe, NM 87504-5123** | | | **Unliquidated** | | | $1,943.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Debtor  **D.J. Simmons, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Utah Mineral and Oil Conservation Tax** **Utah State Tax Commission** **210 N 1950 W** **Salt Lake City, UT 84134-9000** | | | **Unliquidated** | | | $1,533.00 |
| **American Express** **PO Box 650448** **Dallas, TX 75265-0448** | | | | | | $840.51 |
| **City of Farmington** **PO Box 712569** **Denver, CO 80271-2569** | | | | | | $624.45 |
| **Colorado State Payroll Tax** **Colorado State Treasurer** **PO Box 956** **Denver, CO 80201-0956** | | | **Unliquidated** | | | $578.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3