# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| D.J. SIMMONS, INC. ) | Case No. 16-11767-JGR |
| EIN: 85-0407729, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## CHAPTER 11 MONTHLY OPERATING REPORT

The Monthly Operating Report for D.J. Simmons, Inc. for the period of August 1, 2016, to August 31, 2016, has been combined with those of the jointly administered debtors and filed in the main bankruptcy case, *In re: D.J. Simmons Company Limited Partnership*, Case No. 16-11763-JGR.

Dated this 26th day of September, 2016.

**LINDQUIST & VENNUM LLP**

By: ____/s/ Ethan J. Birnberg
    John C. Smiley, #16210
    Ethan J. Birnberg, #43343
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
jsmiley@lindquist.com
ebirnberg@lindquist.com

Counsel for D.J. Simmons, Inc.

**DEBTOR(S):** DJ Simmons Inc.

**CASE NUMBER:** 16-11767-JGR

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

### Form 2-A
### COVER SHEET

For Period End Date: 8/31/2016

**Accounting Method:** [X] Accrual Basis   [ ] Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

Mark One Box for Each Required Document:

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts (Redact all but last 4 digits of account number and remove check images) |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |
| [ ] N/A | [ ] | 9. Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 9/26/16

**Print Name:** Nancy Walden

**Signature:** *Nancy L Walden*

**Title:** Comptroller, Secretary/Treasurer

Rev. 1/15/14